UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JICARILLA APACHE NATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 07cv803 (RJL) |
| | ) |
| U.S. DEPARTMENT OF THE INTERIOR, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

Pursuant to the **CASE MANAGEMENT ORDER** dated May 3, 2007, I hereby certify that true and correct copies of the aforementioned order were served on this 4th day of May, 2007 by first class, postage-paid mail to the following:

Alberto R. Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, N.W.
Room 5111
Washington, D.C. 20530-2000

Jeffrey A. Taylor
U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

Carl J. Artman, Assistant Secretary
U.S. Department of the Interior
Bureau of Indian Affairs
1849 C Street, N.W.
Room 4160
Washington, D.C. 20240

Howard Chalker
U.S. Department of the Interior
Land and Minerals Management
Policy and Management Improvement
Policy and Appeals Division
1849 C Street, N.W.
Room 5560
Washington, D.C. 20240

                                                       /s/ JOSHUA A. ARNOLD
                                                       Joshua A. Arnold