UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
JICARILLA APACHE NATION,        :
                                :
        Plaintiff,               :
                                :
    v.                          : Civil Action No. 07-0803 (JR)
                                :
U.S. DEPARTMENT OF THE INTERIOR,:
                                :
        Defendant.              :
```

**ORDER**

The order of 7/2/07 staying 38 tribal actions in anticipation of a government remand order [5] was mistakenly entered in this case and, as to this case only, is **vacated**. It is **SO ORDERED**.


                                        JAMES ROBERTSON
                                  United States District Judge