CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JICARILLA APACHE NATION )
)
)
)
)
Plaintiff )
)
)
)
v. )   Civil Case Number 07-0803 (RJL)
)
)
U.S. DEPARTMENT OF THE INTERIOR )   Category   C
)
)
Defendant )

**REASSIGNMENT OF CIVIL CASE**

The above-entitled case was reassigned on <u>July 3, 2007</u> from <u>Judge James Robertson</u> to <u>Judge Richard J. Leon</u> by direction of the Calendar Committee.

(Reassigned back to Judge Leon as the case is not related to 96-1285.)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee


cc:   <u>Judge Robertson</u> & Courtroom Deputy
      <u>Judge Leon</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk ✓