## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
             )
JICARILLA APACHE NATION,    )
P.O. Box 507          )
Dulce, NM 87528       )
             )
       Plaintiff,   )
v.             )   Civil Case No. 07cv803 (RJL)
             )
U.S. DEPARTMENT OF THE INTERIOR, )
1849 C Street, N.W.      )
Washington, D.C.  20240    )
             )
       Defendant.  )
_____)

### JOINT STATEMENT RESPONDING TO CASE MANAGEMENT ORDER

This case is an action for review on an administrative record, and so is exempt from

meet and confer requirements pursuant to Fed. R. Civ. P. 26(f) and Local Civil Rule 16.3(b).

The parties are instead submitting this joint statement in response to footnote 1 of this Court's

Case Management Order dated May 3, 2007.

1. **Whether the matter will be resolved solely through the filing of dispositive motions**

The parties agree that this matter will be resolved solely through the filing of dispositive

motions.

2. **Whether an appearance before the Court will be necessary prior to resolution of the
dispositive motions**

The parties request oral argument on the dispositive motions but do not believe that it
will be necessary to appear before the Court prior to oral argument.

3.    **Proposed schedule for filing motions**

The parties propose the following schedule:

a.    Within 30 days from entry of the scheduling order, Defendant shall file the administrative record with the Court and shall simultaneously provide a copy to Plaintiff.

b.    Within 30 days from receipt of the administrative record, Plaintiff shall have raised and the parties shall have addressed any objections to the record and Defendant shall have supplemented the record as necessary.

c.    Within 30 days after the period specified in paragraph (b) above for resolving any issues concerning the administrative record, Plaintiff shall file its dispositive motion in the case.

d.    Within 30 days from filing of Plaintiff's dispositive motion, Defendant shall file its opposition to the motion.

e.    Within two weeks from filing of Defendant's opposition, Plaintiff shall file its reply to the opposition.

f.    Defendant reserves the right to move for permission to file a surreply.

Respectfully submitted,

/s/ Jill Elise Grant
Jill Elise Grant (D.C. Bar No. 358306)
Nordhaus Law Firm, LLP
1401 K Street, NW
Suite 801
Washington, DC 20005
Tel: 202-530-1270
Fax: 202-530-1920


Counsel for the Jicarilla Apache Nation

/s/ Ruth Ann Storey
Ruth Ann Storey
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, DC 20044-0663
Tel: 202-305-0493
Fax: 202-305-0506


Counsel for the Department of the Interior