UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
OCT 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JICARILLA APACHE NATION, )
)
Plaintiff, )
) Civil Case No. 07-803 (RJL)
v. )
)
U.S. DEPARTMENT OF THE )
INTERIOR, )
)
Defendant.

## SCHEDULING ORDER

Upon receipt and consideration of the parties' Joint Statement Responding to Case Management Order, it is this _10_ day of October, 2007 hereby

**ORDERED** that the following schedule is entered:

a. Within thirty (30) days from entry of this Order, defendant shall file the administrative record with the Court and shall simultaneously provide a copy to plaintiff.

b. Within thirty (30) days from filing of the administrative record, plaintiff shall have raised and the parties shall have addressed any objections to the administrative record and defendant shall have supplemented the administrative record as necessary.

1

  c. Within thirty (30) days after the period specified in paragraph (b) for resolving any issues concerning the administrative record, plaintiff shall file its dispositive motion in this case.

  d. Within thirty (30) days from filing of plaintiff's dispositive motion, defendant shall file its opposition to the motion.

  e. Within two (2) weeks from filing of defendant's opposition, plaintiff shall file its reply to the opposition.

  f. Defendant reserves the right to move for permission to file a surreply.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge