**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JICARILLA APACHE NATION | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:07-cv-00803-RLJ |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF THE INTERIOR, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

**NOTICE REGARDING ADMINISTRATIVE RECORD**

The Administrative Record in this case is on CD Rom only and is being maintained in the

case file in the Clerk's Office.  The CD Rom will be available for public viewing and copying

between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

A copy of the CD Rom has been provided to Plaintiff's counsel.

Dated this 13ᵗʰ day of November, 2007.

Respectfully submitted,

 /s/ Ruth Ann Storey
RUTH ANN STOREY
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D. C. 20044-0663
Telephone: (202) 305-0493
ruth.ann.storey@usdoj.gov

Of Counsel:

Stephen L. Simpson
Assistant Solicitor for Trust Responsibility
Division of Indian Affairs
Office of the Solicitor