**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

|  |  |  |
|---|---|---|
| JICARILLA APACHE NATION, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-cv803 (RJL) |
| | ) | |
| U.S. DEPARTMENT OF THE INTERIOR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

**PLAINTIFF'S EXPEDITED UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE DISPOSITIVE MOTION**

Pursuant to Fed. R. Civ. P. 7 and Local Civ. R. 7, Plaintiff Jicarilla Apache Nation ("Jicarilla" or "Tribe") is filing this motion for an order extending by one week the January 14, 2008 deadline for Jicarilla to file a dispositive motion in this case.  As grounds for this Motion, Jicarilla states as follows:

1.      Pursuant to the Scheduling Order in this case, entered on October 11, 2007, the Tribe's dispositive motion is due on January 14, 2008.

2.      The Tribe's attorneys have been working diligently on preparing the dispositive motion, but due to staffing shortages caused by the recent holidays and the size of the administrative record, the Tribe requires one additional week to complete its motion.

3.      The Tribe therefore requests that the deadline for filing its dispositive motion be extended from January 14, 2008, to January 22, 2008.

4.      Defendant Department of the Interior consents to this motion for an extension.

5.     Jicarilla requests an extension of eight days, rather than seven, because the seventh day, January 21, 2008, is a holiday.

6.     Consistent with the Scheduling Order, Defendant's opposition to Jicarilla's dispositive motion shall continue to be due within 30 days from the filing of the Tribe's dispositive motion, which would be by February 21, 2008.

7.     Jicarilla shall file its reply to Defendant's opposition within two weeks from the filing of the opposition, or by March 6, 2008.

8.     Defendant continues to reserve the right to move for permission to file a surreply.

9.     This Motion is requested to be expedited because there are only four working days between the date of filing of this Motion and the date on which the Nation's dispositive motion is currently due.

10.    A copy of a proposed Order granting this Motion is attached.

Respectfully submitted,


/s/ Jill Elise Grant
Jill Elise Grant (D.C. Bar No. 358306)
Jenny J. Dumas
NORDHAUS LAW FIRM, LLP
1401 K Street, NW, Suite 801
Washington, DC 20005
telephone:  (202) 530-1270
facsimile:   (202) 530-1920

Dated: January 7, 2008                    Counsel for Plaintiff Jicarilla Apache Nation

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| JICARILLA APACHE NATION, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action File No. 07-cv803 (RJL) |
| ) | |
| ) | |
| U.S. DEPARTMENT OF THE INTERIOR, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
EXPEDITED UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE DISPOSITIVE MOTION**

This matter comes before the Court on Plaintiff's Expedited Unopposed Motion for Extension of Time to File Dispositive Motion.  The Court has considered the Motion and the relevant facts and law, and finds that there is good cause for granting the motion.

IT IS THEREFORE ORDERED that Plaintiff's Motion is GRANTED.

IT IS FURTHER ORDERED that the deadline for filing Plaintiff's dispositive motion is extended from January 14, 2008, to January 22, 2008.

IT IS FURTHER ORDERED that within 30 days from the filing of Plaintiff's dispositive motion, Defendant shall file its opposition to the motion.

IT IS FURTHER ORDERED within two weeks from the filing of Defendant's opposition, Plaintiff shall file its reply to the opposition.

IT IS FURTHER ORDERED that Defendant reserves the right to move for permission to file a surreply.

Dated:_____, 2008.

_____
                                                                          Judge

Notice was mailed or delivered on the date of filing to the following parties:

Jill Elise Grant (D.C. Bar No. 358306)
Jenny J. Dumas
NORDHAUS LAW FIRM, LLP
1401 K Street, NW, Suite 801
Washington, DC 20005
telephone:  (202) 530-1270
facsimile:   (202) 530-1920

Counsel for Plaintiff Jicarilla Apache Nation

Ruth Ann Storey
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, DC 20044-0663
telephone:  (202) 305-0493
facsimile:   (202) 305-0506

Counsel for Defendant Department of the Interior