**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>JICARILLA APACHE NATION,</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td>Plaintiff</td><td>)<br>)</td><td></td></tr>
<tr><td>v.</td><td>)<br>)</td><td>Civil Action No. 07-cv803 (RJL)</td></tr>
<tr><td>U.S. DEPARTMENT OF THE INTERIOR,</td><td>)<br>)</td><td></td></tr>
<tr><td>Defendant.</td><td>)<br>)<br>)<br>)</td><td></td></tr>
</table>

**SUPPLEMENT TO PLAINTIFF'S EXPEDITED UNOPPOSED
MOTION FOR EXTENSION
OF TIME TO FILE DISPOSITIVE MOTION**

Pursuant to Fed. R. Civ. P. 7 and Local Civ. R. 7, Plaintiff Jicarilla Apache Nation ("Jicarilla" or "Tribe") is filing this supplement to its unopposed motion for an order extending by one week the January 14, 2008 deadline for Jicarilla to file a dispositive motion in this case.

1.      On Monday, January 7, 2008, Jicarilla filed the above-referenced motion for extension.

2.      Counsel for Jicarilla has continued to work diligently to complete its dispositive motion for filing on January 14, 2008, in the event that its motion for extension is not granted.

3.      On Tuesday, January 8, 2008, counsel for Jicarilla learned that a close friend and colleague had died and that the funeral would be held on Thursday, January 10, 2008 in Gallup, New Mexico.

4.      Counsel for Jicarilla will be attending the funeral and will thus be out of the office this afternoon, Wednesday, January 9, 2008, and all day Thursday, January 10, 2008.

5.      This gives counsel for Jicarilla only one working day to complete the dispositive

motion before the current deadline of January 14, 2007.

6.      Given this unexpected event as well as the staffing shortages caused by the recent

holidays and the size of the administrative record mentioned in the Tribe's January 7, 2008 motion

to extend, the Tribe requires one additional week to complete its motion.

7.      The Tribe therefore reiterates its request that the deadline for filing its dispositive

motion be extended from January 14, 2008, to January 22, 2008.

8.      Defendant Department of the Interior consents to this motion for an extension.

9.      A copy of a proposed Order granting the Tribe's January 7, 2008, motion for

extension was attached to that filing.

Respectfully submitted,


/s/ Jill Elise Grant
Jill Elise Grant (D.C. Bar No. 358306)
Jenny J. Dumas
NORDHAUS LAW FIRM, LLP
1401 K Street, NW, Suite 801
Washington, DC 20005
telephone:  (202) 530-1270
facsimile:   (202) 530-1920

Dated: January 9, 2008                    Counsel for Plaintiff Jicarilla Apache Nation