IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JICARILLA APACHE NATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, | : | |
| | : | |
| Defendant, | : | Civil Action |
| | : | No. 1:07-CV-00803-RJL |
| and | : | |
| | : | |
| VASTAR RESOURCES, INC., UNION TEXAS PETROLEUM, AND UNICON PRODUCING COMPANY, | : | |
| 501 Westlake Park Blvd. | : | |
| P.O. Box 392 | | |
| Houston, TX 77253-3092 | | |
| | | |
| Proposed Intervenor-Defendants. | | |

---

## MOTION FOR CHARLES A. BREER TO APPEAR *PRO HAC VICE*

---

Pursuant to Local Rule 83.2(d), Charles L. Kaiser, Davis Graham & Stubbs LLP,

1550 Seventeenth Street, Suite 500, Denver, Colorado 80202, a member in good-standing of the

bar of this Court, hereby moves to have Charles A. Breer appear pro hac vice on behalf of the

Proposed Intervenor-Defendants in the above-captioned case.  The Declaration of Charles A.

Breer is provided in support of this motion in conformance with Local Rule 83.2(d).

Charles L. Kaiser, Davis Graham & Stubbs LLP, 1550 Seventeenth Street, Suite 500,

Denver, Colorado 80202, will act as local counsel for Mr. Breer.

Dated this 23rd day of January, 2008.

Respectfully submitted,


/s/ Charles L. Kaiser
Charles L. Kaiser
Davis Graham & Stubbs LLP
1550 Seventeenth Street, Suite 500
Denver, Colorado  80202
Telephone:  303-892-9400
Facsimile:  303-893-1379

Local Counsel for Proposed Intervenors-
Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JICARILLA APACHE NATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| UNITED STATES DEPARTMENT OF THE INTERIOR, | : |
| | : |
| Defendant, | : |
| | : |
| and | : |
| | : |
| VASTAR RESOURCES, INC., UNION TEXAS PETROLEUM, AND UNICON PRODUCING COMPANY, | : |
| 501 Westlake Park Blvd. | : |
| P.O. Box 392 | : |
| Houston, TX 77253-3092 | : |

Civil Action
No. 1:07-CV-00803-RJL

Proposed Intervenor-Defendants.

---

DECLARATION OF CHARLES A. BREER
IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

---

Pursuant to Local Rule 83.2(d), Charles A. Breer hereby applies to appear pro hac vice

for Proposed Intervenor-Defendants in the above-captioned case.

a.    My full name is Charles A. Breer.

b.    I practice law at Davis Graham & Stubbs LLP, 1550 Seventeenth Street,

Suite 500, Denver, Colorado 80202.  My telephone number is 303-892-9400 and

my facsimile number is 303-893-1379.

c.    I have been admitted to practice law in the Supreme Court of Colorado (April 30,

1992), the Supreme Court of Wyoming (August 30, 1991), the U.S. Court of

Appeals, Ninth Circuit (August 29, 1997), the U.S. Court of Appeals, Tenth Circuit (April 3, 1997), U.S. District Court for the District of Colorado (December 7, 1994), and the U.S. District Court for the District of Wyoming (August 30, 1991), Ute Indian Tribe Tribal Court (November 11, 2003), U.S. Court of Appeals for the Federal Circuit (March 29, 2005), and U.S. Court of Federal Claims (December 8, 2006).

d.      I am not currently suspended or disbarred in any other court and I have never been held in contempt, sanctioned, or otherwise disciplined by any court for disobedience to its rules or orders.

e.      I have not concurrently or within the past two years preceding this application made any pro hac vice application to this Court.

f.      I do not practice law from an office located in the District of Columbia; I am not a member of the District of Columbia Bar; and I do not have an application for membership pending.

g.      The name, address, and telephone number of local counsel is:  Charles L. Kaiser (D.C. Bar No. 309203), Davis Graham & Stubbs LLP, 1550 Seventeenth Street, Suite 500, Denver, Colorado 80202, telephone number:  303-892-9400, facsimile number:  303-893-1379.  Mr. Kaiser is a member in good standing of the Bar of this Court.

I am of good moral character and have been retained by Proposed Intervenor-Defendants to appear in this Court.  I have read and will comply with all applicable rules.  I declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing is true and correct.

Dated this 23rd day of January, 2008.

DAVIS GRAHAM & STUBBS LLP


/s/ Charles A. Breer
Charles A. Breer
1550 Seventeenth Street, Suite 500
Denver, Colorado  80202
Telephone:  303-892-9400
Facsimile:  303-893-1379

Attorneys for Proposed Intervenors-
Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JICARILLA APACHE NATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, | : | |
| | : | |
| Defendant, | : | Civil Action |
| | : | No. 1:07-CV-00803-RJL |
| and | : | |
| | : | |
| VASTAR RESOURCES, INC., UNION TEXAS PETROLEUM, AND UNICON PRODUCING COMPANY, | : | |
| 501 Westlake Park Blvd. P.O. Box 392 Houston, TX 77253-3092 | : | |
| | | |
| Proposed Intervenor-Defendants. | | |

---

PROPOSED ORDER ADMITTING ATTORNEY *PRO HAC VICE*

---

IT IS HEREBY ORDERED that counsel for Vastar Resources, Inc., Union Texas

Petroleum, and Unicon Producing Company ( "Lessees"), Charles A. Breer, is admitted to

practice pro hac vice in this case, on behalf of Lessees.

DATED this _____ day of _____, 2008.

_____
United States District Court Judge