UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JICARILLA APACHE NATION ) | |
| ) | |
| Plaintiff, ) | No. 1:07-cv-00803-RLJ |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF THE INTERIOR, ) | |
| ) | |
| Defendant ) | |
| _____) | |

**CONSENT MOTION FOR EXTENSION OF TIME**

The Federal Defendant hereby moves the Court for an amendment of the Scheduling Order entered, October 11, 2007 (dkt. 10), as modified by Minute Order, entered on January 9, 2008.  For the reasons discussed below, the Federal Defendant requests an additional two weeks to file the response to the Motion for Summary Judgment filed on January 22, 2008 (dkt.15) . Counsel for the Federal Defendant has conferred with counsel for the other parties and they consent to the  relief sought by this motion.

In support of this motion, the Federal Defendant states as follows:

1.	On January 9, 2008, this Court granted Plaintiff's motion for extension of time to file the Motion for Summary Judgment until January 22, 2008.  That Order provided that responses are due February 22, 2008 and replies due March 4, 2008.

2.	Since the entry of that order, Counsel for Federal Defendant has had unexpected briefing deadlines in other cases and unexpected hearings that made it difficult to complete the response by the February 22 deadline.

3.	Counsel for Federal Defendant consulted with counsel for Plaintiff and Defendant-Intervenors and after considering counsels' schedules, the parties have agreed to ask

the Court for a modification that provides that responses will be due on or before March 7, 2008 and replies will be due on or before March 26, 2008.

4.     This is the first extension of time requested by Federal Defendants.

WHEREFORE, Federal Defendants request that the Court enter an order providing that responses will be due on or before March 7, 2008 and replies will be due on or before March 26, 2008.

Dated this 19th day of February, 2008.

                          Respectfully submitted,

                          RONALD J. TENPAS,
                          Assistant Attorney General
                          Environment and Natural Resources Division
                          United States Department of Justice

                           /s/ Ruth Ann Storey
                          RUTH ANN STOREY
                          Natural Resources Section
                          Environment and Natural Resources Division
                          United States Department of Justice
                          P. O. Box 663
                          Washington, D. C. 20044-0663
                          Telephone: (202) 305-0493
                          ruth.ann.storey@usdoj.gov

Of Counsel:

Stephen L. Simpson
Assistant Solicitor for Trust Responsibility
Division of Indian Affairs
Office of the Solicitor

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JICARILLA APACHE NATION ) | |
| ) | |
| Plaintiff, ) | No. 1:07-cv-00803-RLJ |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF THE INTERIOR, ) | |
| ) | |
| Defendant ) | |
| _____) | |

**ORDER**

On this day, the Court considered the Consent Motion for Extension of Time, and, having reviewed said motion and all other matters relevant to said motion, the Court is of the opinion that the Motion is appropriate and is hereby GRANTED.

1. Responses to the Motion for Summary Judgment (dkt. 15) are due on or before March 7, 2008.

2. Replies are due on or before March 26, 2008.

IT IS SO ORDERED.

SIGNED, this ____ day of February, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE