IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JICARILLA APACHE NATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF INTERIOR )<br>)<br>Defendant. )<br>) | Civil Action No. 1:07-cv-00803-RJL |

ENTRY OF APPEARANCE

On behalf of Plaintiff, Jicarilla Apache Nation, in this action, please enter the appearance of counsel listed below:

                        Steven D. Gordon
                        District of Columbia Bar No. 219287
                        Lynn E. Calkins
                        District of Columbia Bar No. 445854
                        Stephen J. McHugh 485148
                        Holland & Knight L.L.P.
                        2099 Pennsylvania Ave., N.W., Suite 100
                        Washington, DC  20006
                        (202) 955-3000

Dated April 16, 2008        Respectfully submitted

                        <u>/s/ Steven D. Gordon</u>
                        Steven D. Gordon
                        D.C. Bar No. 219287
                        HOLLAND & KNIGHT LLP
                        2099 Pennsylvania Avenue, N.W. Suite 100
                        Washington, D.C. 20006-6801
                        (202) 955-3000

                        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on, April 16, 2008, I electronically transmitted the foregoing ENTRY OF APPEARANCE to the Clerk of the Court, using the ECF system for filing, and caused the ECF system to transmit a Notice of Electronic Filing to the counsel of record listed on the ECF system for this case.

/s/ Steven D. Gordon
Steven D. Gordon

# 5271360_v1