IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
JICARILLA APACHE NATION,                    )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )
                                            )
U.S. DEPARTMENT OF THE INTERIOR,            )    Civil Action No. 07-cv-803 (RJL)
                                            )
        Defendant,                          )
                                            )
and                                         )
                                            )
VASTAR RESOURCES, INC., *et al.*,           )
                                            )
        Intervenor-Defendants.              )
_____)

## NOTICE OF WITHDRAWAL OF COUNSEL

Notice is hereby given that JILL ELISE GRANT is no longer counsel to Plaintiff Jicarilla Apache Nation in the above-captioned case. Pursuant to Local Civ. R. 83.6(b), substitute counsel has filed a Notice of Appearance. All further pleadings, orders and notices should be sent to substitute counsel.

        Respectfully submitted,

        /s/ Jill Elise Grant
        Jill Elise Grant (D.C. Bar No. 358306)
        NORDHAUS LAW FIRM, LLP
        1401 K Street, NW, Suite 801
        Washington, DC 20005
        telephone:  (202) 530-1270
        facsimile:   (202) 530-1920

Dated: April 17, 2008